UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PAUL A. JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., and others,<br><br>　　　　　Defendants. | Case No. 13-cv-00903 NC<br><br>**ORDER DISMISSING CASE** |

　　On May 29, 2013, the Court granted Wells Fargo's motion to dismiss Jones' complaint under Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 22. The Court gave Jones until June 19, 2013 to amend his complaint to cure its deficiencies and warned that failure to amend would result in dismissal of his case with prejudice. *Id.* This deadline has passed, and Jones not amended his complaint. Accordingly, for the reasons set forth in the Court's May 29, 2013 order granting Wells Fargo's motion to dismiss, the Court dismisses this case with prejudice.

　　The case management conference set for July 31, 2013 is vacated. Wells Fargo's motion to appear at the conference by telephone is denied as moot. Dkt. No. 21. The clerk is ordered to terminate case No. 13-cv-00903 NC.

　　IT IS SO ORDERED.

　　Date: July 23, 2013

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Nathanael M. Cousins
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge